# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| DENISE TORRES, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 1:11-cv-24 (WLS) |
| v. : | |
| : | |
| MICHAEL J. ASTRUE, *Commissioner of* : | |
| *Social Security*, : | |
| : | |
| Defendant. : | |
| _____: | |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 2, 2012. (Doc. 14, amended Fed. 10, 2012, Doc. 15). It is recommended that the Social Security Commissioner's Decision be reversed and remanded pursuant to Sentence Four of §405(g) for further consideration. (Doc. 14 at 8).

The Report and Recommendation provided the Parties with fourteen (14) days from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for objections expired on Thursday, February 16, 2012, and no objections have been filed to date. (*See* generally Docket).

Upon full review and consideration of the record, the Court therefore finds that said Report and Recommendation (Docs. 14, 15) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

1

Accordingly, the Social Security Commissioner's final decision is **REVERSED** and **REMANDED** for further consideration pursuant to Sentence Four of §405(g).

**SO ORDERED**, this  23rd  day of February, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**